[S. F. No. 12342. In Bank.—April 28, 1927.]

## E. R. FOSTER, Petitioner, v. CITY COUNCIL OF THE CITY OF BERKELEY et al., Respondents.

[1] MUNICIPAL CORPORATIONS—ZONING ORDINANCES.—Upon this application for a writ of mandate to compel the City Council of Berkeley to repeal or submit to a referendum vote a rezoning ordinance, the writ is ordered issued upon the authority of *Dwyer* v. *City Council of the City of Berkeley,* 200 Cal. 505.

---

(1) 38 C. J., p. 695, n. 53, 58.

PROCEEDING in Mandamus to compel the City Council of Berkeley to reconsider a zoning ordinance. Granted.

The facts are stated in the opinion of the court.

Frank V. Cornish and J. S. Hutchinson for Petitioner.

E. J. Sinclair and James M. Koford for Respondents.

THE COURT.—[1] Application for a writ of mandate to compel the City Council and other officials of the City of Berkeley to reconsider a certain ordinance relating to the rezoning of a certain restricted district within said city, and to either repeal the ordinance or submit the same to a

201 Cal.—49

referendum vote of the electors of the city at the next general election or at a special election to be called for such purpose. This proceeding differs in none of its essential aspects from the proceeding entitled *Dwyer* v. *City Council of the City of Berkeley, etc.,* 200 Cal. 505 [253 Pac. 932].

Upon the authority of that decision it is, therefore, ordered that the writ issue as prayed for herein.